STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

# OMNI HOTELS

**Omni William Penn Hotel**
**530 William Penn Place**
**Mellon Square**
**Pittsburgh, PA 15219**

Slavko Mededovic
40 Courtney Street
PITTSBURGH, PA 15202

Emp No  000008995

| | |
|---|---|
| Paygroup | WLMPN |
| Location | PENNSL |
| Department | 020 |
| Division | Z |
| Establishmnt | 17503 |
| Sub-Dept | |

| | | |
|---|---|---|
| FIT | S | 0 |
| SIT res | S | 0 |
| SIT work | S | 0 |
| LIT work | S | 0 |

| | |
|---|---|
| Check No | 117528542 |
| Check Date | 11/30/2007 |
| Period Start | 11/18/2007 |
| Period End | 11/24/2007 |
| Job | 2430 |
| Pay Rate | 5.8200 |

COMPANY MESSAGE

## EARNINGS

| Pay Type | Piece Units | Piece Rate | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Double Time | | | | | | 44.96 |
| F&B CHG TIPS | | | | | 827.95 | 25,274.06 |
| Holiday | | | 8.00 | 7.1500 | 57.20 | 326.98 |
| Overtime | | | 3.80 | 5.8200 | 22.12 | 500.39 |
| OVT Premium | | | 3.80 | 7.1500 | 13.58 | 346.10 |
| Quarter Pay | | | | | | 144.02 |
| Regular Wages | | | 38.20 | 5.8200 | 222.32 | 8,081.38 |
| Third Party Sic | | | | | | 300.00 |

Total Hours 53.80

## DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Rev.Offset Ded. | | -22.95 |
| Third Party Sic | | 300.00 |
| Time Card | | 5.00 |
| Union Dues | | 413.00 |

## EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| Vacation | | 80.00 |

## NET PAY DISTRIBUTION

| Account Number | Type | YTD |
|---|---|---|
| | | |

Check Amount    813.08
Total Net Pay   813.08

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 206.50 | 5,252.34 |
| Employee Medica | 16.58 | 521.98 |
| Social Security | 70.88 | 2,231.96 |
| PA State Income | 35.10 | 1,096.01 |
| P.BURGH OPT-PIT | | 52.00 |
| PA Unemployment | 1.03 | 32.12 |

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 1,143.17 | 330.09 | 0.00 | 813.08 |
| YTD | 35,999.87 | 9,186.41 | 695.05 | 26,118.41 |

ASH #3-653

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

# OMNI HOTELS

Omni William Penn Hotel
530 William Penn Place
Mellon Square
Pittsburgh, PA 15219

Slavko Mededovic
40 Courtney Street
PITTSBURGH, PA 15202

Emp No  000008995

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Paygroup | WLMPN | FIT | S 0 | Check No | 117529174 |
| Location | PENNSL | SIT res | S 0 | Check Date | 11/21/2007 |
| Department | 020 | SIT work | S 0 | Period Start | 11/11/2007 |
| Division | Z | | | Period End | 11/17/2007 |
| Establishmnt | 17503 | LIT work | S 0 | Job | 2430 |
| Sub-Dept | | | | Pay Rate | 5.6200 |

## COMPANY MESSAGE

### EARNINGS

| Pay Type | Piece Units | Piece Rate | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Double Time | | | | | | 44.96 |
| F&B CHG TIPS | | | | | 537.57 | 24,446.11 |
| Holiday | | | | | | 269.76 |
| Overtime | | | 2.70 | 5.6200 | 15.17 | 678.27 |
| OVT Premium | | | 2.70 | 7.1500 | 9.65 | 334.52 |
| Quarter Pay | | | | | | 144.02 |
| Regular Wages | | | 26.90 | 5.6200 | 151.18 | 8,739.06 |
| Third Party Sic | | | | | | 300.00 |

Total Hours  32.30

### DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Rev.Offset Ded. | | -22.95 |
| Third Party Sic | | 300.00 |
| Time Card | | 5.00 |
| Union Dues | 39.00 | 413.00 |

### EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| Vacation | | 80.00 |

### NET PAY DISTRIBUTION

| Account Number | Type | YTD |
|---|---|---|

Check Amount  498.33
Total Net Pay  498.33

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 99.10 | 5,045.84 |
| Employee Medica | 10.35 | 505.40 |
| Social Security | 44.24 | 2,161.08 |
| PA State Income | 21.91 | 1,060.91 |
| P.BURGH OPT-PIT | | 52.00 |
| PA Unemployment | 0.64 | 31.09 |

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 713.57 | 176.24 | 39.00 | 498.33 |
| YTD | 34,856.70 | 8,856.32 | 695.05 | 25,305.33 |

ASH #3-653

# OMNI HOTELS

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

Omni William Penn Hotel
530 William Penn Place
Mellon Square
Pittsburgh, PA 15219

Slavko Mededovic
40 Courtney Street
PITTSBURGH, PA 15202

| | | |
|---|---|---|
| Emp No | 000008995 | |
| Paygroup | WLMPN | Check No | 117527778 |
| Location | PENNSL | Check Date | 11/9/2007 |
| Department | 020 | Period Start | 10/28/2007 |
| Division | Z | Period End | 11/3/2007 |
| Establishment | 17503 | Job | 2430 |
| Sub-Dept | | Pay Rate | 5.6200 |

## EARNINGS

| Pay Type | Piece Units | Piece Rate | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Double Time | | | 4.00 | 11.2400 | 44.96 | 44.96 |
| F&B CHG TIPS | | | | | 298.78 | 23,330.78 |
| Holiday | | | | | | 269.76 |
| Overtime | | | 8.50 | 5.6200 | 47.77 | 563.10 |
| OVT Premium | | | 8.50 | 7.1500 | 30.39 | 324.87 |
| Quarter Pay | | | | | | 144.02 |
| Regular Wages | | | 17.00 | 5.6200 | 95.54 | 8,397.36 |
| Third Party Sic | | | | | | 300.00 |

Total Hours 38.00

## COMPANY MESSAGE

FIT S 0  SIT res S 0  SIT work S 0  LIT work S 0

## DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Rev.Offset Ded. | | -22.95 |
| Third Party Sic | | 300.00 |
| Time Card | | 5.00 |
| Union Dues | | 374.00 |

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 62.79 | 4,833.95 |
| Employee Medica | 7.50 | 483.91 |
| Social Security | 32.08 | 2,069.21 |
| PA State Income | 15.89 | 1,015.41 |
| P.BURGH OPT-PIT | | 52.00 |
| PA Unemployment | 0.47 | 29.76 |

## EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| Vacation | | 80.00 |

## NET PAY DISTRIBUTION

| Account Number | Type | Current | YTD |
|---|---|---|---|
| Check Amount | | 398.71 | 398.71 |
| Total Net Pay | | 398.71 | 398.71 |

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 517.44 | 118.73 | 0.00 | 398.71 |
| YTD | 33,374.85 | 8,484.25 | 656.05 | 24,234.55 |

ASH #3-6536

# OMNI HOTELS

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

Omni William Penn Hotel
530 William Penn Place
Mellon Square
Pittsburgh, PA 15219

Slavko Mededovic
40 Courtney Street
PITTSBURGH, PA 15202

| | |
|---|---|
| Paygroup | WLMPN |
| Location | PENNSL |
| Department | 020 |
| Division | Z |
| Establishment | 17503 |
| Sub-Dept | |

Emp No 000008995

| | | |
|---|---|---|
| Check No | | 1175279B2 |
| Check Date | | 11/16/2007 |
| Period Start | | 11/4/2007 |
| Period End | | 11/10/2007 |
| Job | | 2430 |
| Pay Rate | | 5.6200 |

| | FIT | SIT res | SIT work | LIT work |
|---|---|---|---|---|
| S | 0 | 0 | 0 | 0 |

## EARNINGS

| Pay Type | Piece Units | Piece Rate | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Double Time | | | | | | 44.96 |
| F&B CHG TIPS | | | | | 577.76 | 23,908.54 |
| Holiday | | | | | | 269.76 |
| Overtime | | | | | | 563.10 |
| OVT Premium | | | | | | 324.87 |
| Quarter Pay | | | | | | 144.02 |
| Regular Wages | | | 33.90 | 5.6200 | 190.52 | 8,587.88 |
| Third Party Sic | | | | | | 300.00 |

Total Hours 33.90

## COMPANY MESSAGE

## DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Rev.Offset Ded. | | -22.95 |
| Third Party Sic | | 300.00 |
| Time Card | | 5.00 |
| Union Dues | | 374.00 |

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 112.78 | 4,946.74 |
| Employee Medicare | 11.14 | 495.06 |
| Social Security | 47.63 | 2,116.84 |
| PA State Income | 23.59 | 1,039.00 |
| P.BURGH OPT-PIT | | 52.00 |
| PA Unemployment | 0.69 | 30.45 |

## EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| Vacation | | 80.00 |

## NET PAY DISTRIBUTION

| Account Number | Type | Current | YTD |
|---|---|---|---|

Check Amount 572.45
Total Net Pay 572.45

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 768.28 | 195.83 | 0.00 | 572.45 |
| YTD | 34,143.13 | 8,680.08 | 656.05 | 24,807.00 |

ASH #3-6536

# OMNI HOTELS

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

**Omni William Penn Hotel**
530 William Penn Place
Mellon Square
Pittsburgh, PA 15219

Slavko Mededovic
40 Courtney Street
PITTSBURGH, PA 15202

| | | |
|---|---|---|
| Paygroup | WLMPN | Check No 117527601 |
| Location | PENNSL | Check Date 11/2/2007 |
| Department | 020 | Period Start 10/21/2007 |
| Division | Z | Period End 10/27/2007 |
| Establishmnt | 17503 | Job 2430 |
| Sub-Dept | | Pay Rate 5.6200 |

Emp No 00008995

FIT S 0    SIT res S 0    SIT work S 0    LIT work S 0

## EARNINGS

| Pay Type | Piece Units | Piece Rate | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| F&B CHG TIPS | | | | | 558.89 | 23,032.00 |
| Holiday | | | | | | 269.76 |
| Overtime | | | | | | 515.33 |
| OVT Premium | | | | | | 294.48 |
| Quarter Pay | | | 7.50 | 7.0250 | 52.69 | 144.02 |
| Regular Wages | | | 32.00 | 5.6200 | 179.84 | 8,301.82 |
| Third Party Sic | | | | | | 300.00 |

## DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Rev.Offset Ded. | | -22.95 |
| Third Party Sic | | 300.00 |
| Time Card | | 5.00 |
| Union Dues | | 374.00 |

## COMPANY MESSAGE

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 128.57 | 4,771.17 |
| Employee Medica | 12.06 | 476.41 |
| Social Security | 51.55 | 2,037.13 |
| PA State Income | 25.52 | 999.52 |
| P-BURGH OPT1-PIT | | 52.00 |
| PA Unemployment | 0.75 | 29.29 |

## EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| Vacation | | 80.00 |

Total Hours 39.50

## NET PAY DISTRIBUTION

| Account Number | Type | YTD |
|---|---|---|
| | | 612.97 |

Check Amount 612.97
Total Net Pay 612.97

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 831.42 | 218.45 | 0.00 | 612.97 |
| YTD | 32,857.41 | 8,363.52 | 656.05 | 23,835.84 |

ASH #3-6636

# OMNI HOTELS

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

Omni William Penn Hotel
530 William Penn Place
Mellon Square
Pittsburgh, PA 15219

Slavko Mededovic
40 Courtney Street
PITTSBURGH, PA 15202

| | | |
|---|---|---|
| Paygroup | WLMPN | Check No | 1175274.03 |
| Location | PENNSL | Check Date | 10/26/2007 |
| Department | 020 | Period Start | 10/14/2007 |
| Division | | Period End | 10/20/2007 |
| Establishmnt | Z | Job | 2430 |
| Sub-Dept | 17503 | Pay Rate | 5.6200 |

Emp No 000008995

FIT S 0 SIT res S 0 SIT work S 0 LIT work S 0

## EARNINGS

| Pay Type | Piece Units | Piece Rate | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| F&B CHG TIPS | | | | | 587.86 | 22,433.11 |
| Holiday | | | | | | 269.76 |
| Overtime | | | 0.20 | 5.6200 | 1.12 | 515.33 |
| OVT Premium | | | 0.20 | 7.1500 | 0.72 | 294.48 |
| Quarter Pay | | | | | | 91.33 |
| Regular Wages | | | 30.60 | 5.6200 | 171.97 | 8,121.98 |
| Third Party Sic | | | | | | 300.00 |

## DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Rev.Offset Ded. | | -22.95 |
| Third Party Sic | | 300.00 |
| Time Card | | 5.00 |
| Union Dues | 39.00 | 374.00 |

## COMPANY MESSAGE

## EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| Vacation | | 80.00 |

Total Hours  31.00

## NET PAY DISTRIBUTION

| Account Number | Type | Current | YTD |
|---|---|---|---|

Check Amount  529.21
Total Net Pay  529.21

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 111.13 | 4,642.60 |
| Employee Medica | 11.04 | 464.35 |
| Social Security | 47.22 | 1,985.59 |
| PA State Income | 23.38 | 974.00 |
| P.BURGH OPT-PIT | | 52.00 |
| PA Unemployment | 0.69 | 28.54 |

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 761.67 | 193.46 | 39.00 | 529.21 |
| YTD | 32,025.99 | 8,147.07 | 656.05 | 23,222.87 |

ASH #3-5536

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

# OMNI HOTELS

Omni William Penn Hotel
530 William Penn Place
Mellon Square
Pittsburgh, PA 15219

Slavko Mededovic
40 Courtney Street
PITTSBURGH, PA 15202

| | |
|---|---|
| Paygroup | WLMPN |
| Location | PENNSL |
| Department | 020 |
| Division | Z |
| Establishmnt | 17503 |
| Sub-Dept | |

| | |
|---|---|
| FIT | S 0 |
| SIT res | S 0 |
| SIT work | S 0 |
| LIT work | S 0 |

| | |
|---|---|
| Check No | 117527206 |
| Check Date | 10/19/2007 |
| Period Start | 10/7/2007 |
| Period End | 10/13/2007 |
| Job | 2430 |
| Pay Rate | 5.6200 |

Emp No  00008995

## EARNINGS

| Pay Type | Piece Units | Piece Rate | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| F&B CHG TIPS | | | | | 676.31 | 21,845.25 |
| Holiday | | | | | | 269.76 |
| Overtime | | | 4.00 | 5.6200 | 22.48 | 514.21 |
| OVT Premium | | | 4.00 | 7.1500 | 14.30 | 293.76 |
| Quarter Pay | | | | | | 91.33 |
| Regular Wages | | | 40.00 | 5.6200 | 224.80 | 7,950.01 |
| Third Party Sic | | | | | | 300.00 |

## DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Rev.Offset Ded. | | -22.95 |
| Third Party Sic | | 300.00 |
| Time Card | | 5.00 |
| Union Dues | | 335.00 |

## COMPANY MESSAGE

Total Hours  48.00

## EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| Vacation | | 80.00 |

## NET PAY DISTRIBUTION

| Account Number | Type | Current | YTD |
|---|---|---|---|
| | | | |

Check Amount  681.33
Total Net Pay  681.33

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 155.18 | 4,531.47 |
| Employee Medica | 13.60 | 453.31 |
| Social Security | 58.15 | 1,938.36 |
| PA State Income | 28.79 | 950.62 |
| P.BURGH OPT-PIT | | 52.00 |
| PA Unemployment | 0.84 | 27.85 |

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 937.89 | 256.56 | 0.00 | 681.33 |
| YTD | 31,264.32 | 7,953.61 | 617.05 | 22,693.66 |

ASH #3-6535

# OMNI HOTELS

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

Omni William Penn Hotel
530 William Penn Place
Mellon Square
Pittsburgh, PA 15219

Slavko Mededovic
40 Courtney Street
PITTSBURGH, PA 15202

| | | |
|---|---|---|
| Paygroup | WLMPN | Check No    117527004 |
| Location | PENNSL | Check Date    10/12/2007 |
| Department | 020 | Period Start    9/30/2007 |
| Division | Z | Period End    10/6/2007 |
| Establishmnt | 17503 | Job    2430 |
| Sub-Dept | | Pay Rate    5.6200 |

Emp No  000008995

| | | | FIT | S | 0 |
| | | | SIT res | S | 0 |
| | | | SIT work | S | 0 |
| | | | LIT work | S | 0 |

## EARNINGS

| Pay Type | Piece Units | Piece Rate | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| F&B CHG TIPS | | | | | 322.90 | 21,168.94 |
| Holiday | | | | | | 269.76 |
| Overtime | | | | | | 491.73 |
| OVT Premium | | | | | | 279.46 |
| Quarter Pay | | | | | | 91.33 |
| Regular Wages | | | 22.30 | 5.6200 | 125.33 | 7,725.21 |
| Third Party Sic | | | | | | 300.00 |

## COMPANY MESSAGE

## DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Rev.Offset Ded. | | -22.95 |
| Third Party Sic | | 300.00 |
| Time Card | | 5.00 |
| Union Dues | | 335.00 |

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 52.41 | 4,376.29 |
| Employee Medica | 6.50 | 439.71 |
| Social Security | 27.79 | 1,880.21 |
| PA State Income | 13.76 | 921.33 |
| P BURGH OPT-PIT | | 52.30 |
| PA Unemployment | 0.40 | 27.31 |

Total Hours  22.30

## EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| Vacation | | 80.00 |

## NET PAY DISTRIBUTION

| Account Number | Type | YTD |
|---|---|---|

Check Amount    347.37
Total Net Pay   347.37

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 448.23 | 100.86 | 0.00 | 347.37 |
| YTD | 30,326.43 | 7,697.05 | 617.05 | 22,012.33 |

ASH #5-6536

# OMNI HOTELS

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

Omni William Penn Hotel
530 William Penn Place
Mellon Square
Pittsburgh, PA 15219

Slavko Mededovic
40 Courtney Street
PITTSBURGH, PA 15202

Emp No 000008995

| | | |
|---|---|---|
| Paygroup | WLMPN | FIT    S  0 |
| Location | PENNSL | SIT res  S  0 |
| Department | 02J | SIT work  S  0 |
| Division | Z | LIT work  S  0 |
| Establishmnt | 17503 | |
| Sub-Dept | | |

| | |
|---|---|
| Check No | 117526807 |
| Check Date | 10/5/2007 |
| Period Start | 9/23/2007 |
| Period End | 9/29/2007 |
| Job | 2430 |
| Pay Rate | 5.6200 |

## COMPANY MESSAGE

## EARNINGS

| Pay Type | Piece Units | Piece Rate | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| F&B CHG TIPS | | | | | 523.10 | 20,846.04 |
| Holiday | | | | | | 269.76 |
| Overtime | | | | | | 491.73 |
| OVT Premium | | | | | | 279.46 |
| Quarter Pay | | | | | | 91.33 |
| Regular Wages | | | 31.20 | 5.6200 | 175.34 | 7,599.88 |
| Third Party Sic | | | | | | 300.00 |

Total Hours 31.20

## DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Rev.Offset Ded. | | -22.95 |
| Third Party Sic | | 300.00 |
| Time Card | | 5.00 |
| Union Dues | | 335.00 |

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 95.32 | 4,323.88 |
| Employee Medica | 10.13 | 435.21 |
| Social Security | 43.30 | 1,852.42 |
| PA State Income | 21.44 | 906.07 |
| P.BURGH OPT-PIT | | 52.00 |
| PA Unemployment | 0.63 | 26.61 |

## EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| Vacation | | 80.00 |

## NET PAY DISTRIBUTION

| Account Number | Type | Amount |
|---|---|---|
| Check Amount | | 527.62 |
| Total Net Pay | | 527.62 |

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 698.44 | 170.82 | 0.00 | 527.62 |
| YTD | 29,878.20 | 7,596.19 | 617.05 | 21,664.96 |

ASH #3-6536

# OMNI HOTELS

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

Omni William Penn Hotel
530 William Penn Place
Mellon Square
Pittsburgh, PA 15219

Slavko Mededovic
40 Courtney Street
PITTSBURGH, PA 15202

| | | |
|---|---|---|
| Emp No 000008995 | Paygroup WLMPN | Check No 117526625 |
| | Location PENNSL | Check Date 9/28/2007 |
| | Department 020 | Period Start 9/16/2007 |
| | Division Z | Period End 9/22/2007 |
| | Establishment 17503 | Job 24:0 |
| | Sub-Dept | Pay Rate 5.6200 |

FIT S 0    SIT res S 0    SIT work S 0    LIT work S 0

## COMPANY MESSAGE

## EARNINGS

| Pay Type | Piece Units | Piece Rate | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| F&B CHG TIPS | | | | | 676.70 | 20,322.94 |
| Holiday | | | | | | 269.76 |
| Overtime | | | 3.60 | 5.6200 | 20.23 | 491.73 |
| OVT Premium | | | 3.60 | 7.1500 | 12.87 | 279.46 |
| Quarter Pay | | | | | | 91.33 |
| Regular Wages | | | 29.60 | 5.6200 | 166.35 | 7,424.54 |
| Third Party Sic | | | | | | 300.00 |

## DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Rev.Offset Ded. | | -22.95 |
| Third Party Sic | | 300.00 |
| Time Card | | 5.00 |
| Union Dues | 39.00 | 335.00 |

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 139.75 | 4,226.56 |
| Employee Medica | 12.70 | 425.08 |
| Social Security | 54.32 | 1,809.12 |
| PA State Income | 26.90 | 886.63 |
| P.BURGH OPT-PIT | | 52.00 |
| PA Unemployment | 0.79 | 25.98 |

## EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| Vacation | | 80.00 |

Total Hours 36.80

## NET PAY DISTRIBUTION

| Account Number | Type | Current | YTD |
|---|---|---|---|
| | | 602.69 | 602.69 |

Check Amount 602.69
Total Net Pay 602.69

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 876.15 | 234.46 | 39.00 | 602.69 |
| YTD | 29,179.76 | 7,425.37 | 617.05 | 21,137.34 |

ASH #3-6536

# OMNI HOTELS

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

**Omni William Penn Hotel**
530 William Penn Place
Mellon Square
Pittsburgh, PA 15219

Slavko Mededovic
40 Courtney Street
PITTSBURGH, PA 15202

Emp No 00008995

| | |
|---|---|
| Paygroup | WLMPN |
| Location | PENNSL |
| Department | 020 |
| Division | Z |
| Establishment | 17503 |
| Sub-Dept | |

| | | |
|---|---|---|
| Check No | 1175264427 | |
| Check Date | 9/21/2007 | |
| Period Start | 9/9/2007 | |
| Period End | 9/15/2007 | |
| Job | 2430 | |
| Pay Rate | 5.6200 | |

## EARNINGS

| Pay Type | Piece Units | Piece Rate | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| F&B CHG TIPS | | | | | 404.34 | 19,646.24 |
| Holiday | | | | | | 269.76 |
| Overtime | | | 0.50 | 5.6200 | 2.81 | 471.50 |
| OVT Premium | | | 0.50 | 7.1500 | 1.79 | 266.59 |
| Quarter Pay | | | | | | 91.33 |
| Regular Wages | | | 30.10 | 5.6200 | 169.16 | 7,258.19 |
| Third Party Sic | | | | | | 300.00 |

Total Hours 31.10

## COMPANY MESSAGE

## DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Rev.Ofset Ded. | | -22.95 |
| Third Party Sic | | 300.00 |
| Time Card | | 5.00 |
| Union Dues | | 296.00 |

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 71.89 | 4,083.81 |
| Employee Medica | 8.38 | 410.38 |
| Social Security | 35.84 | 1,754.80 |
| PA State Income | 17.75 | 859.73 |
| P.BURGH OPT-PIT | | 52.00 |
| PA Unemployment | 0.52 | 25.19 |

| | | FIT | SIT res | SIT work | LIT work |
|---|---|---|---|---|---|
| | | S 0 | S 0 | S 0 | S 0 |

## EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| Vacation | | 80.00 |

## NET PAY DISTRIBUTION

| Account Number | Type | | |
|---|---|---|---|
| Check Amount | | | 443.72 |
| Total Net Pay | | | 443.72 |

| | CURRENT | YTD |
|---|---|---|
| GROSS | 578.10 | 28,303.61 |
| TAXES | 134.38 | 7,190.91 |
| DEDS | 0.00 | 578.05 |
| NET PAY | 443.72 | 20,534.65 |

ASH #3-6536

# OMNI HOTELS

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

Omni William Penn Hotel
530 William Penn Place
Mellon Square
Pittsburgh, PA 15219

Slavko Mededovic
40 Courtney Street
PITTSBURGH, PA 15202

Emp No 00008995

| | |
|---|---|
| Paygroup | WLMPN |
| Location | PENNSL |
| Department | 020 |
| Division | Z |
| Establishmnt | 17503 |
| Sub-Dept | |

| | |
|---|---|
| Check No | 117526245 |
| Check Date | 9/14/2007 |
| Period Start | 9/2/2007 |
| Period End | 9/8/2007 |
| Job | 2430 |
| Pay Rate | 5.6200 |

|   | FIT | SIT res | SIT work | LIT work |
|---|---|---|---|---|
|   | S 0 | S 0 | S 0 | S 0 |

## EARNINGS

| Pay Type | Piece Units | Piece Rate | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| F&B CHG TIPS | | | | | 531.17 | 19,241.90 |
| Holiday | | | 8.00 | 5.6200 | 44.96 | 269.76 |
| Overtime | | | 1.70 | 5.6200 | 9.55 | 468.69 |
| OVT Premium | | | 1.70 | 7.1500 | 6.08 | 264.80 |
| Quarter Pay | | | | | | 91.33 |
| Regular Wages | | | 37.10 | 5.6200 | 208.50 | 7,089.03 |
| Third Pary Sic | | | | | | 300.00 |

## DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Rev.Offset Ded. | | -22.55 |
| Third Party Sic | | 300.00 |
| Time Card | | 5.0 |
| Union Dues | | 296.00 |

COMPANY MESSAGE

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 120.78 | 4,016.92 |
| Employee Medica | 11.60 | 402.00 |
| Social Security | 49.62 | 1,718.96 |
| PA State Income | 24.57 | 841.98 |
| P-BURGH OPT-PIT | | 52.00 |
| PA Unempoyment | 0.72 | 24.67 |

## EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance | Account Number | Type |
|---|---|---|---|---|
| Vacation | | 80.00 | | |

Total Hours 48.50

## NET PAY DISTRIBUTION

| | YTD |
|---|---|
| Check Amount | 592.97 |
| Total Net Pay | 592.97 |

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 800.26 | 207.29 | 0.00 | 592.97 |
| YTD | 27,725.51 | 7,056.53 | 578.05 | 20,090.93 |

ASH #3-6536

# OMNI HOTELS

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

Omni William Penn Hotel
530 William Penn Place
Mellon Square
Pittsburgh, PA 15219

Slavko Mededovic
40 Courtney Street
PITTSBURGH, PA 15202

| | | |
|---|---|---|
| Emp No 000008995 | Paygroup | WLMPN |
| | Location | PENNSL |
| | Department | 020 |
| | Division | Z |
| | Establishmnt | 17503 |
| | Sub-Dept | |

| | | |
|---|---|---|
| FIT | S | 0 |
| SIT res | S | 0 |
| SIT work | S | 0 |
| LIT work | S | 0 |

| | |
|---|---|
| Check No | 1175260067 |
| Check Date | 9/7/2007 |
| Period Start | 8/26/2007 |
| Period End | 9/1/2007 |
| Job | 2430 |
| Pay Rate | 5.6200 |

## EARNINGS

| Pay Type | Piece Units | Piece Rate | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| F&B CHG TIPS | | | | | 448.82 | 18,710.73 |
| Holiday | | | | | | 224.80 |
| Overtime | | | | | | 459.14 |
| OVT Premium | | | | | | 258.72 |
| Quarter Pay | | | | | | 91.33 |
| Regular Wages | | | 28.50 | 5.6200 | 160.17 | 6,880.53 |
| Third Party Sic | | | | | | 300.00 |

## COMPANY MESSAGE

## DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Rev.Offset Ded. | | -22.95 |
| Third Party Sic | | 300.00 |
| Time Card | | 5.00 |
| Union Dues | | 256.00 |

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 76.52 | 3,893.14 |
| Employee Medica | 8.83 | 390.40 |
| Social Security | 37.76 | 1,669.34 |
| PA State Income | 18.70 | 817.41 |
| P.BURGH OPT-PIT | | 52.00 |
| PA Unemployment | 0.55 | 23.95 |

## EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| Vacation | | 80.00 |

Total Hours 28.50

## NET PAY DISTRIBUTION

| Account Number | Type | |
|---|---|---|
| | | 466.63 |

Check Amount 466.63
Total Net Pay 466.63

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 608.99 | 142.36 | 0.00 | 466.63 |
| YTD | 26,925.25 | 6,849.24 | 578.05 | 19,497.96 |

ASH #3-6536